1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    Respondent,  )<br>  -vs-                   )<br>NICHOLAS DEAN ELWELL,   )<br>                    Movant.   ) | NO.    CR-09-2001-WFN<br><br>ORDER STRIKING  MOVANT'S<br>§ 2255 MOTION |

11  Pending before the Court is Mr. Elwell's Motion to Withdraw § 2255 Motion.  ECF
12 No. 96.  Movant requests that the Court allow him to withdraw his Motion because he would
13 not like to pursue the claims.  Though Movant requests that the Court dismiss his § 2255
14 Motion with prejudice, the Court is not inclined to do so.  Instead, the Motion will be
15 stricken and the § 2255 matter closed.  The Court has reviewed the file and Motion and is
16 fully informed.  Accordingly,

17  **IT IS ORDERED** that:

18  1.  Mr. Elwell's Motion to Withdraw § 2255 Motion, filed April 22, 2011, **ECF**
19 **No. 96**, is **GRANTED.**

20  2.  Defendant's § 2255 Motion, filed December 30, 2011, **ECF No. 92**, is
21 **STRICKEN**.

22  The District Court Executive is directed to file this Order,  provide copies to counsel
23 and *pro se* Movant and **CLOSE** the corresponding civil file, CV-10-3120-WFN.

24  **DATED** this 25th day of April, 2011.

25
                                        s/ Wm. Fremming Nielsen
26                                    _____
                                        WM. FREMMING NIELSEN
04-25                                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER