PROB 12C
(6/16)

Report Date: June 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nicholas Dean Elwell | Case Number: 0980 2:09CR02001-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 25, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation Aggravated Sexual Abuse, 18 U.S.C. §§ 1153 and 2241(a) (1) | | |
| Original Sentence: | Prison - 188 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 17, 2023 | |
| Defense Attorney: | Pro Se | Date Supervision Expires: March 16, 2033 | |

## PETITIONING THE COURT

To issue a warrant.

On March 17, 2023, supervised release conditions were reviewed and signed by Mr. Elwell acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1:** You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Elwell is alleged to have violated his conditions of supervised release by being arrested and charged with abduction- domestic violence, in Yakima County, Washington, on June 4, 2023.<br><br>On June 6, 2023, this officer received notification from Yakama Nation Tribal Police (YNTP) that Mr. Elwell was arrested for abduction, assault/battery domestic violence, and assault with a deadly weapon.<br><br>On June 4, 2023, a YNTP officer was dispatched to Wapato, Washington, in connection to a domestic disturbance.  The reporting party (RP) reported being assaulted by Mr. Elwell at his residence.  The RP advised she had been hit in the head multiple times and was having difficulty breathing.  The RP informed officers she was driving in a white GMC Yukon |

Prob12C
Re: Elwell, Nicholas Dean
June 12, 2023
Page 2

passing through Harrah, Washington, and stopped shortly at Wheeler's Pawn Shop. A YNTP officer met her at that location.

The RP informed the YNTP officer she and Mr. Elwell had been in an intimate relationship since March 2023, and he reportedly accused the RP of cheating on him. The RP stated Mr. Elwell began punching and kicking her in the face and torso several times. The YNTP officer noted both of the RP's eyes appeared to be almost swollen shut, and observed swelling and bruising on her forehead, and on both sides of her face. The YNTP officer observed blood on the RP's lips. The RP advised the assault occurred near the front door and Mr. Elwell began kicking her in the face with steel toe boots. Mr. Elwell was not allowing her to leave and she managed to escape out of a window. The RP reported rib, stomach pain, and difficulty breathing. She stated she was possibly unconscious for 5 to 10 minutes.

The YNTP officers then arrived on the scene of Mr. Elwell's home. The YNTP officer noticed an open window on the side of the property, consistent with the RP's statement. Mr. Elwell was not present, however, an individual stated Mr. Elwell lived in a trailer on the property. After obtaining a telephonic search warrant from a Yakama Nation Tribal Judge, YNTP officers breached the door to the trailer on the property. YNTP officers located a male at the rear of the trailer in a bedroom, who confirmed he was Mr. Elwell, and he had his hands above his head. YNTP officers placed Mr. Elwell in custody and escorted him to a patrol vehicle.

A YNTP officer asked Mr. Elwell if he was aware of what had transpired, and Mr. Elwell replied he was unsure of what he did, however, he acknowledged being in a relationship with the RP. Mr. Elwell stated to have seen the RP with a male subject earlier in the day, and suspected her of cheating. Mr. Elwell stated he became angry with the RP inside of the house, and had only pushed her repeatedly, once with the heel of his boot. Mr. Elwell denied punching or kicking the RP. When the YNTP officer asked Mr. Elwell if he knew how the RP left the property, he replied he was laying down in bed with her and she simply left.

The YNTP officer observed what appeared to be dried blood stains on Mr. Elwell's shirt, as well as on his bed sheets. The YNTP officer did not notice any visible injuries to Mr. Elwell. Prior to being transported to Yakama Nation Correctional Facility, the YNTP officers informed Mr. Elwell of the charges against him, to which Mr. Elwell replied to the assault with a deadly weapon charge, "the only weapon used were these hands," as he lifted his hands up and balled them into fists. After booking Mr. Elwell into custody, the YNTP officer located the steel toe boots, with blood noted near the heel of the left boot.

2  **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Elwell is alleged to have violated his conditions of supervised release by being arrested and charged assault/battery - domestic violence, in Yakima County, on June 4, 2023.

Please refer to narrative found in Violation #1.

Prob12C
Re: Elwell, Nicholas Dean
June 12, 2023
Page 3

| | |
|---|---|
| 3 | **Mandatory Condition #1:** You must not commit another federal, state or local crime. |

**Supporting Evidence:** Mr. Elwell is alleged to have violated his conditions of supervised release by being arrested and charged assault with a deadly weapon - domestic violence, in Yakima County, on June 4, 2023.

Please refer to narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 12, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

6/13/2023
Date